

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2020

**SO ORDERED**
The resentencing is scheduled for April 28, 20 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

MAR 1 7 2020

**BY ECF and FAX**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Dwight Anderson*, **15 Cr. 487 (GBD)**

Dear Judge Daniels:

In light of the Second Circuit's ruling remanding the above-captioned case for re-sentencing, the Government respectfully requests that the Court set a date for re-sentencing of defendant Dwight Anderson. The Government has conferred with defense counsel and requests a date and time after April 20, 2020, in order to permit sufficient time for the parties to file supplemental sentencing submissions in advance of re-sentencing.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/
Anden Chow
Jared Lenow
Samson Enzer
Assistant United States Attorneys
Tel: (212) 637-2348

cc:   Jeffrey Pittell, Esq. (by ECF)