**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

DWIGHT ANDERSON,

Defendant.
------------------------------------------------------------x

ORDER

15 Cr. 487-25 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 28, 2020 sentencing is adjourned to August 4, 2020 at 10:00 a.m.

Dated: New York, New York
March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge