# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

September 16, 2020

Hon. George B. Daniels
U.S. District Court
500 Pearl St
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: SEP 21 2020

Re: *US v. Ojeda, et. al.* {Dwight Anderson} 15 cr 487 (GBD)

Dear Judge Daniels:

By this letter, we respectfully request the most recent Judgment of Conviction be amended to include a judicial recommendation regarding vocational training sought by Mr. Anderson.

Previously, in the course of Mr. Anderson's initial sentencing, we indicated Mr. Anderson was interested in HVAC training. As a result, a prior Judgement of Conviction included a judicial recommendation that Mr. Anderson be designated to FCI Fairton (a facility which has an HVAC apprenticeship program) or another facility which provides an HVAC apprenticeship program. Since then, Mr. Anderson has become interested in learning how to become a welder. As such, on behalf of Mr. Anderson, we respectfully request the current Judgment of Conviction be amended to include a judicial recommendation that he be designated to FCI Schuykill (a facility which Mr. Anderson is informed offers a welding apprenticeship program) or another facility offering a welding apprenticeship program.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: AUSA Anden Chow (By ECF)
Dwight Anderson