# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:*<br>**42-40 Bell Blvd, Suite 302**<br>**Bayside, New York 11361**<br>**Tel (516) 829-2299**<br>*jp@jpittell.com* | *Long Island Office*<br>**10 Bond St, Suite 389**<br>**Great Neck, New York 11021**<br>**Tel (516) 829-2299**<br>*jp@jpittell.com* |

August 11, 2020

Hon. George B. Daniels
U.S. District Court
500 Pearl St
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Re:   US v. Ojeda, et. al. {Dwight Anderson} 15 cr 487 (GBD)       Dated: DEC 09 2020

Dear Judge Daniels:

I am counsel for Dwight Anderson in the above referenced matter.

Initially, I was appointed to represent Mr. Anderson, pursuant to the CJA Act, in the underlying criminal case. Subsequent to his sentencing, Mr. Anderson's case was remanded back to this court, by the U.S. Court of Appeals, for resentencing. In light of my prior representation, I resumed representation of Mr. Anderson in the resentencing proceeding.

I am informed by the CJA Office that my representation on Mr. Anderson's resentencing must be treated as a separate CJA appointment. Accordingly, I respectfully request, by so-ordered endorsement of this letter, I be reappointed as counsel for Mr. Anderson, *nunc pro tunc*, to January 27, 2020, which is the first date I began working on this matter.

Respectfully submitted,
/s/
Jeffrey G. Pittell

SO ORDERED: